```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
GERMAN GARCIA

                Plaintiff,
                                                                    JUDGMENT
        -against-                                                   14-CV-4798(BMC)

CAROLYN W. COLVIN, Commissioner Social
Security Administration,

                Defendant.
--------------------------------------------------------------X
```

A Memorandum Decision and Order of Honorable Brian M. Cogan, United States District Judge, having been filed on July 30, 2015, denying Plaintiff's motion for judgment on the pleadings and granting defendant's motion for judgment on the pleadings, and directing the Clerk of Court to enter judgment in favor of Defendant and against Plaintiff German Garcia; it is

ORDERED and ADJUDGED that Plaintiff's motion for judgment on the pleadings is denied; that Defendant's motion for judgment on the pleadings is granted; and that judgment is hereby entered in favor of Defendant and against Plaintiff German Garcia, dismissing the complaint.

Dated: Brooklyn, New York  
      July 30, 2015

Douglas C. Palmer  
Clerk of Court

by:   */s/ Brenna B. Mahoney*  
      Brenna B. Mahoney  
      Chief Deputy